**Order filed September 21, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00743-CV

_____

## IN THE INTEREST OF D.W. JR, A CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2017-48742A**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The appellant is the Texas Department of Family and Protective Services ("the Department").

The Department's brief was due September 19, 2018.[1] No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed.

---

[1] The Department's brief in the companion appeal, No. 14-18-00742-CV, is not yet due because the reporter's record has not been filed.

*See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

If the Department does not file a brief by **October 1, 2018**, we will dismiss the appeal for lack of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM